**Fill in this information to identify the case:**

Debtor 1    Claudia Denise Yates _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN _____ District of   MI _____
(State)

Case number   16-47852-PJS _____

---

Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**   U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): _____13_____

**Last 4 digits** of any number you use to identify the debtor's account:   7   6   4   1

**Property address:**   c/o BSI Financial Services _____
Number     Street

1425 Greenway Drive Ste 400 _____

Irving _____    MI     4350 _____
City             State    ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    12/1/2020
                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:        (a)   $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)   $ _____

c. **Total**. Add lines a and b.                (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
                                            MM / DD / YYYY

16-47852-pjs    Doc 88    Filed 11/09/20    Entered 11/09/20 08:37:12    Page 1 of 3

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗    /s/ Panayiotis D. Marselis                    Date   11   6   2020
             Signature                                   ____/____/_____

Print    Panayiotis     D.     Marselis         Title   Creditor's Attorney
       First Name          Middle Name       Last Name

Company    Hladik, Onorato & Federman, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    3290     W. Big Beaver Rd., Ste118
         Number         Street

            Troy           MI          48084
            City                State       ZIP Code

Contact phone   ( 248 ) 362 – 3600             Email pmarselis@hoflawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

In re:

**Claudia Denise Yates,**                                    Chapter 13
                                                             Case No.:  16-47852-pjs
                                                             Hon. Phillip J. Shefferly

                    Debtor.
_____/

**PROOF OF SERVICE**

Panayiotis D. Marselis says that on November 9, 2020, I served a copy of the Response
to the Notice of Final Cure Payment upon the following parties either electronically, or
by depositing in the U.S. Mail, postage prepaid:

Krispen S. Carroll                          Urenia Ricks
719 Griswold                                Ricks and Associates, PLLC
Suite 1100                                  5600 West Maple Rd., A-180
Detroit, MI 48226                           West Bloomfield, MI 48322 (via CM/ECF
(via CM/ECF Notification)                   Notification)

Claudia Denise Yates
36625 Deerhurst N
Westland, MI 48185
(via Regular First Class Mail)

                                            /s/ Panayiotis D. Marselis
                                            Panayiotis D. Marselis P66572
                                            3290 W. Big Beaver, Ste. 117
                                            Troy, MI 48084
                                            (248) 362-2600
                                            pmarselis@hoflawgroup.com